PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent, v. LEFFERTS HOLDING CORPORATION and Another, Appellants, and Others, Defendants.— Order and judgment reversed on the law and the facts, with costs, and plaintiff's motion for summary judgment denied, with ten dollars costs. In our opinion there are issues that should be determined only after a trial. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

FRANK A. SCHAEFER and Others, Appellants, v. PASQUALE MARESCA, Respondent.— Judgment in so far as appealed from reversed on the law and the facts and the exceptions contained therein struck from the judgment, with costs. These exceptions enable the respondent to continue to interfere with the easements of ingress and egress accruing to appellants and should not have been excepted from the injunction to which plaintiffs were entitled. Conclusion of law numbered 1 is modified by striking out the words " except that portion thereof which abuts defendant's property; " and the conclusion numbered 2 is reversed. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

AGNES SOMERVILLE, Respondent, v. ST. LOUIS CONSTRUCTION Co., INC., Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Order modified so as to provide that the third, fourth and fifth ordering paragraphs be struck out, and as so modified affirmed, with ten dollars costs and disbursements to respondent, with leave to appellant, upon payment of such costs and within ten days from the entry of the order herein, to serve a new pleading by setting up the facts, if any, showing the defect in title, the superiority of the city's claim and the appellant's obligation to discharge the same. It would then be permissible for plaintiff to reply thereto by appropriate denials and by setting up any facts which she may have upon which to base a claim of waiver or a lack of notice of the city's alleged claim with no opportunity to defend. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.